1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
JUN 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) CASE NO. 1:11CR187 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL INDICTMENT |
| JESUS RAMON AVILEZ, et al., | ) |
| Defendants. | ) |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 6-6-11

_____
SHEILA K. OBERTO
United States Magistrate Judge